JUNE 18, 1973

No. 72–1573. APPLEGATE ET AL. *v.* NEW JERSEY. Super. Ct. N. J. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 72–1565. UNITED STATES *v.* TRANS TEXAS BANCORPORATION, INC., ET AL. Affirmed on appeal from D. C. W. D. Tex. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 72–1259. TEITELBAUM *v.* CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6329. McALLISTER *v.* VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6385. LOGAN *v.* WESTERN UNION TELEGRAPH Co. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.